# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

SYDNEY SMITH,

       Plaintiff,

v.                                    CASE NO.  4:17cv309-RH/CAS

FLORIDA DEPARTMENT OF
CORRECTIONS, OFFICE OF
THE INSPECTOR GENERAL,

       Defendant.

_____/


## ORDER OF DISMISSAL


This case is before the court on the magistrate judge's report and recommendation, ECF No. 9. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The clerk must enter judgment stating, "The complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim on which relief can be granted." The clerk must close the file.

SO ORDERED on November 11, 2017.

                        s/Robert L. Hinkle
                        United States District Judge